GASKINS, J.,
dissents.
hi respectfully dissent, under the reasoning of Hudson v. Progressive Security Insurance Company, 43,857 (La.App. 2d Cir.12/10/08), 1 So.3d 627, writ denied, 2009-0235 (La.3/27/09), 5 So.3d 148.
The plaintiffs signed a release that included “any and all other persons, firms, corporations, partnerships and associations whether or not herein specifically named, of and from any and all claims, actions, causes of actions, rights, demands, and damages .... ”
While they say their intent was not to release Dr. Smith, they presented no other evidence or facts to support this claim. At the time the release was executed, Dr. Smith was a discernable party at fault. Therefore, under the res judicata statute, Dr. Smith was made a party to the release.